UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMIE LEE ALLEN,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>          Defendant. | No. 2:13-CV-01366-EFB<br><br>[~~proposed~~] **ORDER EXTENDING PLAINTIFF'S TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to file An Opposition to Defendant's Motion To Dismiss, the request is hereby APPROVED.

Plaintiff shall file his Opposition To Defendant's Motion To Dismiss on or before February 17, 2014. All remaining deadlines will be extended accordingly.

SO ORDERED.

DATED: January 21, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE