BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANNABELLE J. YANG
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8946
    Facsimile: (415) 744-0134
    E-Mail: Annabelle.Yang@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| TOMMIE LEE ALLEN,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner<br>of Social Security,<br>        Defendant. | Case No. 2:13-cv-1366-EFB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 35 days, from November 9, 2015, to December 14, 2015, to file her Cross-Motion for Summary Judgment.

      There is good cause for this extension as Defendant's counsel has 11 District Court briefs, one Ninth Circuit appellate brief, and court-ordered deadlines in a matter before the Equal Employment Opportunity Commission over the next six weeks. Additionally, Defendant's counsel has scheduled leave that necessitates this extension. Defendant apologizes to the Court for this delay and hereby requests to extend the schedule in this matter. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 26, 2015                */s/ Shellie Lott\**
                                       SHELLIE LOTT
                                       *as authorized via email on Oct. 22, 2015
                                       Attorney for Plaintiff


Dated: October 26, 2015                BENJAMIN B. WAGNER
                                       United States Attorney
                                       DEBORAH LEE STACHEL
                                       Acting Regional Chief Counsel, Region IX
                                       Social Security Administration

                                By:
                                        */s/ Annabelle J. Yang*
                                       ANNABELLE J. YANG
                                       Special Assistant U.S. Attorney

                                       Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED:  October 26, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE